1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SLOAN HEFFRON (CABN 285347)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6730
7      Fax: (415) 436-7027
       sloan.heffron@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-001 JST |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND EXCLUDE TIME; |
| v. | ) [PROPOSED] ORDER |
| DARNELL YATES, | ) |
| Defendant. | ) |

The parties previously appeared on February 8, 2019, for the first status conference before this Court. At that time, the parties agreed—and the Court ordered—to continue the matter to March 15, 2019, for further status conference. The Court ordered that time be excluded through March 15, 2019.

Due to previously unforeseen scheduling conflicts, the parties hereby stipulate and respectfully request that the status conference currently scheduled for March 15, 2019, be continued to April 19, 2019, at 9:30 a.m. During this period, the parties plan to continue their review of the discovery in this matter. The parties further stipulate and respectfully request that the time between March 15, 2019, and April 19, 2019, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). This exclusion of time will permit counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

STIPULATION AND [PROPOSED] ORDER            1
CR 19-001 JST

1 | IT IS SO STIPULATED.

2

3 | DATED: March 11, 2019                          DAVID L. ANDERSON
                                                  United States Attorney

4

5                                                 _____/s/_____
                                                  SLOAN HEFFRON
6                                                 Assistant United States Attorney

7

8
                                                  _____/s/_____
9                                                 JOHN PAUL REICHMUTH
                                                  Counsel for Defendant Darnell Yates

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

1      **[PROPOSED] ORDER**

2      IT IS HEREBY ORDERED that the status conference in the above-captioned matter now set for
3 March 15, 2019, be continued to April 19, 2019, at 9:30 a.m.  It is further ordered that the period from
4 March 15, 2019, through April 19, 2019, be excluded from the time limits applicable under 18 U.S.C. §
5 3161.  The Court finds that failure to grant the requested continuance would deny counsel the reasonable
6 time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18
7 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by granting the requested continuance outweigh
8 the best interests of the public and the defendant in a speedy trial and in the prompt disposition of
9 criminal cases.  *See id.* § 3161(h)(7)(A).

11      IT IS SO ORDERED.

15 DATED: March 12, 2019

                                       HON. JON S. TIGAR
                                       UNITED STATES DISTRICT JUDGE