STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Sloan.heffron@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-0001 JST |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE; ORDER |
| DARNELL JOSEPH YATES; | ) |
| Defendant. | ) |

It is hereby stipulated and respectfully requested by and between counsel for the United States and counsel for defendant Darnell Joseph Yates that the status conference in the above-captioned case, currently scheduled for September 13, 2022, at 10:30 a.m., be continued to October 4, 2022, at 10:30 a.m., before the Oakland Criminal Duty Magistrate Judge. The parties have discussed this proposed continuance with U.S. Probation Officer Jennifer Hutchings, who stated that she is agreeable to the continuance. As this matter concerns alleged violations of the defendant's supervised release, the parties

//
//
//
//

CASE NO. CR 19-0001 JST

agree that an exclusion of time under the Speedy Trial Act is unnecessary.

IT IS SO STIPULATED.

DATED: September 9, 2022

/s/
SLOAN HEFFRON
Assistant United States Attorney

DATED: September 9, 2022

/s/
JOHN PAUL REICHMUTH
Counsel for Defendant Darnell Joseph Yates

**ORDER**

Based upon the representations set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the status conference in this matter currently scheduled for September 13, 2022, at 10:30 a.m. be continued to October 4, 2022, at 10:30 a.m. before the Oakland Criminal Duty Magistrate Judge.

IT IS SO ORDERED.

DATED: September 12, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States Magistrate Judge

CASE NO. CR 19-0001 JST